# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00156-CV

TDJ Corporation d/b/a Infinity Nails, Tiffany Thuy Do and Don Kim Do,
Appellants

v.

CBL RM-Waco, LLC,
Appellee

On appeal from the
74th District Court of McLennan County, Texas
Judge Gary R. Coley, presiding
Trial Court Cause No. 2021-3652-3

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

On June 11, 2025, the appellants, TDJ Corporation d/b/a Infinity Nails, Tiffany Thuy Do and Don Kim Do, filed a motion to dismiss this appeal because the parties have reached a settlement. The motion indicates that the appellants no longer desire to pursue the appeal due to the settlement which resolves all issues and disputes in the case.

The motion to dismiss the appeal is granted. Accordingly, pursuant to the written settlement agreement of the parties, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: June 18, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

